## HIGHTOWER *v.* KITCHENS.

COBB, J. Where suit is brought for a named sum, alleged to be due the plaintiff under a contract for the sale of a number of musical instruments upon a commission of 12 1/2% on the proceeds of each sale, evidence showing that the plaintiff was, under his contract with the defendant, to receive 11 1/4% commission on the proceeds of the sale of such musical instruments does not constitute a fatal variance between the allegata and the probata. Under such evidence a verdict for 11 1/4% of the total amount of the proceeds of sales made by plaintiff is warranted. *Judgment affirmed. By five Justices.*

Argued June 5, — Decided July 1, 1903.

Complaint. Before Judge Adams. City court of Dublin. October 29, 1902.

*Hawkins & Weddington,* for plaintiff in error.
*S. B. Baker,* and *H. P. Howard,* contra.